PROB 12C
(6/16)

Report Date: January 16, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathaniel Jameco Brown               Case Number: 0980 2:10CR00144-EFS-1

Address of Offender:                 Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

Original Offense:      Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 96 months                  Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  U.S. Attorney's Office              Date Supervision Commenced: December 5, 2017

Defense Attorney:     Federal Defender's Office           Date Supervision Expires: December 4, 2021

## PETITIONING THE COURT

To issue **a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 5, 2017, Mr. Brown reported to the U.S. Probation Office. The undersigned officer gave Mr. Brown a copy of his judgment and explained his conditions of supervision to him. Mr. Brown signed his judgement reflecting that he understood his conditions in full.<br><br>On January 13, 2018, Mr. Brown was in direct violation of condition number 2 by being arrested for unlawful possession of a firearm and aiming/discharging firearms, deadly weapon. The undersigned officer reviewed Spokane police report (2018-20007782). It alleges that there was an eye witness who positively identified Mr. Brown as the individual who fired a gun twice in the air. Mr. Brown left the scene in a 2008 Dodge Avenger.<br><br>An officer noticed the same vehicle described by witness' driving on Sprague Avenue with its lights off. The officer pulled the vehicle over and yelled commands over a his PA system. The officer reported that he witnessed two males, one being Mr. Brown, moving around in the back seat. Several other officers then came to assist and at that time, everyone in the car stuck their hands out of their respective window. |

Prob12C
Re: Brown, Nathaniel Jameco
January 16, 2018
Page 2

During the search of the vehicle, two handguns were located in the back seat. In the officer's report, he stated he could look from the outside of the vehicle and could see the back-end of a black pistol tucked under the back of the passenger side front seat. This was directly underneath where Mr. Brown had been sitting.

Mr. Brown was subsequently arrested for the above-mentioned charges.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/16/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

January 17, 2018

Date