PROB 12C
(6/16)

Report Date: January 19, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathaniel Jameco Brown   Case Number: 0980 2:10CR00144-EFS-1

Address of Offender:           Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison 96 months          Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney: U.S. Attorney's Office    Date Supervision Commenced: December 5, 2017

Defense Attorney:    Federal Defenders Office  Date Supervision Expires: December 4, 2021

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/16/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: On December 5, 2017, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.<br><br>On January 16, 2018, Mr. Brown called and notified this officer that he had court later that day at 4 p.m. in Spokane County Superior Court. The undersigned officer reminded Mr. Brown he had a meeting that day with his Washington State Department of Corrections (DOC) officer at 11 a.m. Mr. Brown was then instructed to meet with the undersigned officer after his DOC meeting and the time was set and agreed upon for 12 p.m.<br><br>On January 16, 2018, Mr. Brown was in direct violation of condition number 2 by not reporting to the undersigned officer as directed. On January 17, 2018, Mr. Brown called the undersigned officer and stated he failed to meet with his DOC officer because he thought he might go to jail. He also stated he failed to meet with the undersigned officer because he was busy "getting stuff done." |

Prob12C
**Re: Brown, Nathaniel Jameco**
**January 19, 2018**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/19/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

January 19, 2018
Date