PROB 12C
(6/16)

Report Date: June 24, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathaniel Jameco Brown        Case Number: 0980 2:10CR00144-EFS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 14, 2018) | Prison - 12 months<br>TSR: 48 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: February 12, 2019 |
| Defense Attorney: | David K. Fletcher | Date Supervision Expires: February 11, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 13, 2019, Mr. Brown was in direct violation of special condition number 6 by testing positive for marijuana.<br><br>On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.<br><br>On June 13, 2019, Mr. Brown was directed to report to the U.S. Probation Office. During our conversation, the undersigned officer requested that Mr. Brown provide a urine sample. Mr. Brown provided a urine sample that tested positive for marijuana. |

Prob12C
**Re: Brown, Nathaniel Jameco**
**June 24, 2019**
**Page 2**

        Mr. Brown denied any subsequent use since his last admitted use on May 19, 2019. This officer gave Mr. Brown multiple chances to discuss any new illegal drug use. The sample was sent to Alere Toxicology Laboratory for further testing. On June 19, 2019, the lab results indicated the sample was positive for marijuana.

        On June 20, 2019, Mr. Brown reported to the U.S. Probation Office. He admitted he had not been truthful with this officer on June 13, 2019, and that he had used marijuana on June 6, 2019. He signed a drug use admission from reflecting this.

2        **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On June 14 and June 18, 2019, Mr. Brown was in direct violation of special condition number 6 by failing to report for his random urine sample test.

        On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.

        Due to Mr. Brown's suspected continued drug use, he was directed to call the urine collection hotline. He was to call each day and if the color "BROWN 1" was called, he was to report to Pioneer Human Services (PHS) between the hours of 7 a.m. and 7 p.m.

        On June 14 and June 18, 2019, the color "BROWN 1" was called and Mr. Brown failed to submit to urine testing as directed.

3        **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On June 20, 2019, Mr. Brown was in direct violation of special condition number 6 by testing positive for marijuana.

        On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.

        On June 20, 2019, Mr. Brown reported to the U.S. Probation Office to discuss his continued noncompliant behavior of failing to supply urine samples. The undersigned officer secured a urine sample that tested positive for marijuana.

        Mr. Brown reported he had used marijuana on June 15, 2019. He signed a drug use admission form reflecting this.

4        **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
Re: Brown, Nathaniel Jameco
June 24, 2019
Page 3

**Supporting Evidence**: Mr. Brown was in direct violation of standard condition number 2 by failing to report to his U.S. probation officer on June 19, 2019.

On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.

On June 13, 2019, the undersigned officer held a meeting with Mr. Brown regarding his continued issues with communication. Mr. Brown failed to return voice messages and text messages that this officer sent to him. As a result, the undersigned officer directed Mr. Brown to report weekly to the U.S. Probation Office. He was given a card to report on June 19, 2019 at 10 a.m.

Mr. Brown failed to call or report on June 19, 2019, as directed. It should be noted that Mr. Brown did report to this officer on June 20, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/24/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

June 24, 2019
Date