Report Date: July 3, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nathaniel Jameco Brown | Case Number: 0980 2:10CR00144-EFS-1 |
| Address of Offender: ███████████ Spokane, Washington 99223 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(July 14, 2018) | Prison- 12 months<br>TSR- 48 months | | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: February 12, 2019 | |
| Defense Attorney: | David K. Fletcher | Date Supervision Expires: February 11, 2023 | |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/24/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 24 and 25, 2019, Mr. Brown was in direct violation of special condition 6 by testing positive for marijuana.<br><br>On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.<br><br>Mr. Brown reported to Pioneer Human Services (PHS) for his assessment on June 24, 2019, at that time he submitted a urine sample that tested presumptive positive for marijuana. On June 25, 2019, Mr. Brown's phase urine collection color was called and he reported to PHS as directed. He again submitted a urine sample that tested presumptive positive for marijuana. Mr. Brown did not admit his use and stated his last use was on June 15, 2019. |

Prob12C
Re: Brown, Nathaniel Jameco
July 3, 2019
Page 2

On June 28, 2019, the undersigned received the lab results from the June 24, 2019, urine sample. The lab confirmed the urine sample tested positive for marijuana. On June 30, 2019, the undersigned received the lab results for June 25, 2019, urine sample, which was also confirmed positive for marijuana.

On July 2, 2019, Mr. Brown reported to the U.S. Probation Office. He informed this officer he had not used marijuana since June 15, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/03/2019

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Edward F. Shea

Signature of Judicial Officer

7/3/2019
Date