PROB 12C
(6/16)

Report Date: July 18, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nathaniel Jameco Brown | Case Number: 0980 2:10CR00144-EFS-1 |
| Address of Offender: | Spokane, Washington 99223 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 14, 2018) | Prison- 12 months<br>TSR- 48 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: February 12, 2019 |
| Defense Attorney: | David K. Fletcher | Date Supervision Expires: February 11, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/24/2019 and 07/3/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On July 15, 2019, Mr. Brown was in direct violation of special condition number 6 by failing to report as directed to provide a urine sample.<br><br>On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.<br><br>On July 15, 2019, Mr. Brown reported to the U.S. Probation Office prior to his initial appearance hearing. At that time, he reported he needed to supply a urine sample at Pioneer Human Services (PHS) that day due to his "UA color" being called.<br><br>On July 16, 2019, the undersigned officer was informed that Mr. Brown failed to report for his urinalysis testing at PHS. |

Prob12C
**Re: Brown, Nathaniel Jameco**
**July 18, 2019**
**Page 2**

| | | |
|---|---|---|
| 7 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: On July 17, 2019, Mr. Brown was in direct violation of special condition number 6 by supplying a urine sample that tested positive for marijuana.

On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.

Due to Mr. Brown missing his urinalysis test on July 15, 2019, he was directed to report to the U.S. Probation Office. On July 17, 2019, he reported and supplied a urine sample that tested positive for marijuana. He signed a drug use admission form stating he used marijuana on July 9, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/18/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

July 18, 2019

Date