PROB 12C
(6/16)

Report Date: July 31, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathaniel Jameco Brown         Case Number: 0980 2:10CR00144-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 14, 2018) | Prison- 12 months<br>TSR- 48 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: February 12, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: February 11, 2023 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/24/2019, 07/03/2019 and 07/18/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On July 24, 2019, Mr. Brown was in direct violation of special condition number 6 by supplying a urine sample that tested positive for marijuana.<br><br>On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.<br><br>Due to Mr. Brown's continued illegal drug use, he was directed to call the urine collection hotline and to listen for the color "BROWN1." On July 24, 2019, color "BROWN1" was called and Mr. Brown reported as directed. He supplied a urine sample that tested positive for marijuana. |

    Mr. Brown signed a drug use admission form stating his use was on either July 16 or 17, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 07/31/2019 |
| | s/Joshua D. Schull |
| | Joshua D. Schull<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_Edward F. Shea_
Signature of Judicial Officer

8/5/2019
Date