FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NATHANIEL JAMECO BROWN,<br><br>    Defendant. | No. 2:10-cr-00144-EFS<br><br>**ORDER ADDING A MENTAL-HEALTH EVALUATION/TREATMENT CONDITION TO DEFENDANT'S SUPERVISED RELEASE** |

   On July 23, 2019, the Court held a supervised-release hearing. The parties and the U.S. Probation Office jointly requested that a mental-health condition be added to Defendant Nathaniel Jameco Brown's conditions of supervised release. Consistent with the parties' request and to aid in the U.S. Probation Office's supervision of Defendant, a mental-health evaluation/treatment condition is added to Defendant's conditions of supervised release.

   Accordingly, **IT IS HEREBY ORDERED:**

   **1.** The following condition is added to Defendant's supervised release:

   You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the Court. You must allow reciprocal release of information

ORDER - 1

between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this 30th day of August 2019.

                         s/Edward F. Shea
                        EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Criminal\2010\10-0144;Brown.Order Mental Health Eval.lc01.docx