# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Nathaniel Jameco Brown      Case Number: 0980 2:10CR00144-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922 | |
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>06/14/2018 | Prison: 12 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Tyler Howard Louis Tornabene | Date Supervision Commenced: February 12, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: February 11, 2023 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/24/2019, 07/03/2019, 07/18/2019, 07/31/2019, and 09/06/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Brown was in direct violation of standard condition number 2 by failing to report to the U.S. Probation Office on both September 6 and 9, 2019.<br><br>On February 13, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.<br><br>Due to Mr. Brown failing to supply a urine sample on September 4, 2019, the undersigned officer attempted to direct him to report to the U.S. Probation Office. He was instructed to report on both September 6 and 9, 2019.<br><br>On September 6, and 9, 2019, this officer called Mr. Brown and left messages directing him |

to report to the probation office, to which Mr. Brown confirmed he would report as directed. Mr. Brown failed to show on both dates and has yet to supply a urine sample for this officer.

Mr. Brown is not unveiling himself for supervision purposes.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/10/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 12, 2019

Date