Report Date: November 27, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathaniel Jameco Brown     Case Number: 0980 2:10CR00144-EFS-1

Address of Offender:           Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 96 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 14, 2018) | Prison- 12 months<br>TSR- 48 months | |
| Revocation Sentence :<br>(October 25, 2019) | Prison- 41 days<br>TSR- 46 months, 20 days | |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: October 28, 2019 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: March 19, 2023 |

**PETITIONING THE COURT**

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number     Nature of Noncompliance

  1     **Special Condition #9**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

  **Supporting Evidence**: On November 26, 2019, Mr. Brown was in direct violation of special condition number 9 by failing to follow the rules and regulations of the treatment program at Pioneer Center East (PCE).

  On November 5, 2019, Nathaniel Brown was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Brown signed his judgment reflecting he understood each condition.

Prob12C
Re: Brown, Nathaniel Jameco
November 27, 2019
Page 2

On November 26, 2019, the undersigned officer was informed by Mr. Brown's case manager at PCE that he was being unsuccessfully terminated from their inpatient facility due to stealing items at the facility. He was allegedly taking items from the kitchen with two other individuals.

The case manager went on to say that it was her clinical observation that Mr. Brown was not progressing through inpatient treatment at the rate he should be. She stated that he spent more time on personal matters rather than working on his substance abuse issues. Additionally, she indicated she strongly believes he would need to stay at their facility longer than 30 days in order to work on his issues.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/27/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

November 27, 2019
Date