PROB 12C
(6/16)

Report Date: July 20, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Nathaniel Jameco Brown | Case Number: | 0980 2:10CR00144-EFS-1 |
| Address of Offender: | | Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 20, 2011

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922 |
| Original Sentence: | Prison - 96 months           Type of Supervision: Supervised Release<br>TSR - 48 months |
| Revocation Sentence:<br>(July 14, 2018) | Prison - 12 months<br>TSR - 48 months |
| Revocation Sentence:<br>(October 25, 2019) | Prison - 41 days<br>TSR - 46 months, 20 days |
| Revocation Sentence:<br>(December 4, 2019) | Prison - 4 months<br>TSR - 24 months |
| Asst. U.S. Attorney: | Tyler Tornabene           Date Supervision Commenced: March 27, 2020 |
| Defense Attorney: | Federal Defender's Office   Date Supervision Expires: March 26, 2022 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/06/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Brown is in direct violation of special condition number 6 by failing to report for urinalysis testing on July 9, 2020.<br><br>On March 30, 2020, Mr. Brown's Court ordered conditions of supervision were explained to him. He was supplied a copy and stated he understood his conditions in full. |

Prob12C
**Re: Brown, Nathaniel Jameco**
**July 20, 2020**
**Page 2**

       Due to Mr. Brown's past issues with illegal drugs, he was directed to call the urine testing hotline daily. He was to listen for the color GOLD 1 and when the color GOLD 1 was called, he had from 7 a.m. to 5 p.m. that day to supply a urine sample at Pioneer Human Services (PHS).

       On July 9, 2020, the color GOLD 1 was called and Mr. Brown failed to report as directed.

7      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: Mr. Brown is in direct violation of special condition 6 by supplying a urine sample that tested positive for marijuana.

       On March 30, 2020, Mr. Brown's Court ordered conditions of supervision were explained to him. He was supplied a copy and stated he understood his conditions in full.

       Due to Mr. Brown's missed urine sample on July 9, 2020, he was directed to report to PHS on July 14, 2020. He reported as directed and supplied a urine sample that tested positive for marijuana. He signed a drug use admission form stating he recently used marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/20/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

July 20, 2020

Date